■ Joseph B. Roosa et al., Respondents, v William E. Campbell, Defendant, and Sugar Creek Stores, Inc., Appellant. (Appeal No. 1.) [754 NYS2d 610] —Appeal from an order of Supreme Court, Cattaraugus County (Feeman, Jr., J.), entered October 18, 1996, which granted plaintiffs' motion for leave to amend the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Cattaraugus County, Feeman, Jr., J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Gorski and Lawton, JJ.

■ Joseph B. Roosa et al., Respondents, v William E. Campbell, Defendant, and Sugar Creek Stores, Inc., Appellant. (Appeal No. 2.) [754 NYS2d 610] —Appeal from an order of Supreme Court, Cattaraugus County (NeMoyer, J.), entered November 19, 2001, which, inter alia, denied the motion of defendant Sugar Creek Stores, Inc., to dismiss the second amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Cattaraugus County, NeMoyer, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Gorski and Lawton, JJ.

■ Ricky Noreault et al., Respondents-Appellants, v Eric Muench, Respondent, William Parker, Jr., et al., Appellants-Respondents, et al., Defendant. [753 NYS2d 906] —Appeal and cross appeal from an order of Supreme Court, Onondaga County (Murphy, J.), entered March 18, 2002, which, inter alia, denied the motion of defendants William Parker, Jr., and JD Mobil Service for summary judgment and denied the cross motion of plaintiffs for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Murphy, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Gorski and Lawton, JJ.